IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FRANKIE MILLER (AKA)
FRANKIE MILLER-EL
             PLAINTIFF

                    V.                              Civil Action No. 2:18cv91
To JARRELL. W. JARRATT. W. TEAGUE    CHIEF JUDGE MARK S. DAVIS
J. STITH. W. JOYNER  R. TIMMONS.     MAGISTRATE DOUGLAS E. MILLER
T. NIVENS. B. BURNSIDE. J. EVERETT. E. PEARSON
K. PHILLIPS. C. PUTNEY. C.B. OOINE. G. HOLLOWAY. L. TALBOT. H. CLARKE,
Commonwealth of Virginia, THE VIRGINIA DEPARTMENT of CORRECTIONS,
JOHN DOE AGENTS of THE SPECIAL INVESTIGATIONS UNIT OF THE V.D.O.C,
Virginia Correctional Enterprise, SAMANTHA S. SINGLETON, W. HARVEY,
Investigator Ms. Brown, Investigator Ms. Mason, Marie Vargo.
Stephen Palmese, William Smelcer
                                                    defendants.

SUPPLEMENTARY COMPLAINT for MONEY DAMAGES
JURY Trial DEMANDED

I. Plaintiff brings This Supplementary Complaint Pursuant to 42.u.s.c
   §1983, §1985 and § 2000-1 RLUIPA - ~~and in addition Supplement
   Virginia Constitution, Common Law and Statutory law (Code of Va.
   Sec 19...~~ This Court HAS Jurisdiction under 28 u.s.c §1331 And 1343.
   Plaintiff Also SEEKs A declatory Judgement Pursuant to 28 u.s.c.§ 2201.

II. VENUE

2. THE DISTRICT COURT of EASTERN DISTRICT of VIRGINIA is THE APPROPRIATE VENUE
   Under 28 usc §1391(b)(2) And F.R.Civ.P. Rule 15(d) because
   Substantial Part of THE EVENTS or omissions HEREIN OCCURRED AFTER
   Filing initial Complaint AND ARE PART of THE SERIES of EVENTS
   NAMELY "HARASSMENT" Giving rise to claims in this District.

III. PARTIES

3. Plaintiff Frankie MILLER-EL WAS At all times Relevant to this Action
   An inmate & incarcerated within V.D.O.C Housed At G.C.C..

4. DEFENDANT Commonwealth of Virginia is THE Government Respon-
   sible for Plaintiff Safety And security while incarcerated. is ACTING
   Under State Law And was At all times Relevant To this Action.

5) THE Virginia Department of CORRECTIONS was at all times Relevant to this
   Action - THE ENTITY Responsible for ENSUING Plaintiffs SAFETY And
   Security ACTING UNDER STATE Law. Sued in Individual And official CAPACITY.

6. JOHN DOE AGENTS of V.D.O.C SPECIAL INVESTIGATION UNIT (SUI)
   was the AT All TIMES Relevant To this Action And is Responsible for
   ENSURING Plaintiff AND Security by INVESTIGATING Claims of HARASSMENT.
   Sued in Individual And official CAPACITY

1.

7. THE VIRGINIA CORRECTIONAL ENTERPRISE WAS AT ALL TIMES RELEVANT TO THIS ACTION AN ENTITY AND PRIVATE CONTRACTOR WITHIN COM. OF VIRGINIA- D.O.C.. PLAINTIFF WORK AS LEAD MAINTENANCE REPAIRMAN FOR V.C.E. V.C.E RESPONSIBLE FOR ENSURING PLAINTIFFS SAFETY AND SECURITY. SUED IN INDIVIDUAL AND OFFICIAL CAPACITIES.

8. SAMANTHA SINGLETON WAS AT ALL TIMES RELEVANT TO THIS ACTION THE MANAGER OF THE G.C.C S-3 VCE SHOP-SHE IS RESPONSIBLE FOR PLAINTIFFS SAFFEY AND SECURITY. SUED IN HER INDIVIDUAL CAPACITY-Color of STATE LAW

9. CORRECTIONAL OFFICER U. HARVEY WAS AT ALL TIMES RELEVANT TO THIS ACTION. A SECURITY OFFICER FOR G.C.C. S-3 V.C.E SHOP RESPONS-ible FOR PLAINTIFFS SAFFEY AND SECURITY. SUED IN HIS INDIVIDUAL CAPACITY. ACTING UNDER Color of STATE LAW.

10. INVESTIGATOR MS. BROWN WAS AT ALL TIMES RELEVANT TO THIS ACTION. AN INVESTIGATOR AT G.C.C. RESPONSIBLE FOR PROCESSING AND INVESTIGATING CLAIMS OF HARASSMENT AND FOR ENSURING PLAINTIFFS SAFETY AND SECURITY. SUED IN INDIVIDUAL CAPACITY ACTING UNDER Color of STATE Law.

11. INVESTIGATOR MS. MASON WAS AT all times RELEVANT TO THIS ACTION. AN INVESTIGATOR AT G.C.C RESPONSIBLE FOR PROCESSING AND INVESTIGATING CLAIMS OF HARASSMENT AND FOR ENSURING PLAINTIFFS SAFFEY AND SECURITY. SUED IN INDIVIDUAL CAPACITY. UNDER Color of STATE Law

12. MARIE VARGO WAS AT ALL TIMES RELEVANT TO THIS ACTION. THE CHIEF EXECUTIVE OFFICER OF VIRGINIA CORRECTIONAL ENTERPRISE. SHE is RESPONSIBLE FOR PLAINTIFFS SAFFEY AND SECURITY. SUED IN HER IN INDIVIDUAL CAPACITY-FUNCTIONING UNDER STATE LAW.

13. STEPHEN PALMESE WAS AT all TIMES RELEVANT TO THIS ACTION. A MANAGER-SUPERVISOR AT VIRGINIA CORRECTIONAL ENTERPRISE. HE is RESPONSIBLE FOR ENSURING PLAINTIFFS SAFFEY AND SECURITY. SUED IN HIS INDIVI-DUAL CAPACITY. ACTING UNDER Color OF STATE Law.

14. William SMELCER WAS AT all TIMES RELEVANT TO THIS ACTION. A SUPERVISOR AT G.C.C. S-3 VCE SHOT ACTING UNDER Color OF STATE Law. SUED IN HIS INDIVIDUAL CAPACITY.

## IV EXHAUSTION OF ADMINISTRATIVE REMEDIES

15. PLAINTIFF SOUGHT TO EXHAUST THE Administrative REMEDIES AS REQUIRED but G.C.C. AND V.D.O.C REFUSED to Process PLAINTIFFS GRIEVANCE FORMS AS REQUIRED by Law SEE EXHibits # 1,2,3, 4,5 & 6

## V. FACTUAL ALLEGATIONS

16. PLAINTIFF WORKS IN THE G.C.C- V.C.E S-3 SHOP. THE PLAINTIFF does ELECTRICAL MAINTAINENCE, MECHANICAL AND TOOL REPAIR.

17. IN OR ABOUT THE MONTH OF OCTOBER-NOVEMBER 2020 WHILE THE PLAINTIFF WAS STANDING ADJACENT TO V.C.E SHOP TOOL BOOM SPEAKING WITH CORRECTIONAL OFFICER U. HARVEY AND SHOP MANAGER S. SINGLETON OT APPROXIMATELY 1:30 PM TO 2:00 PM. DEFENDANT SMELCER APPROACH PLAINTIFF FROM THE REAR OF PLAINTIFF AND PUT HIS BOTH HANDS ON PLAINTIFFS SHOULDERS- MASSAGING PLAINTIFFS SHOULDERS. SEE Exhibit # 2 attached

18. IN AND ABOUT THE MONTH OF DECEMBER 10. 2020 WHILE PLAINTIFF IN THE VCE-S-3 SHOP AT APPROXIMATELY 2:30 PM AND IN THE PRESENCE OF DEFENDANT SINGLETON, DEFENDANT SMELCER APPROACH PLAINTIFF FROM THE SIDE AND PUT HIS HAND ON PLAINTIFF SHOULDER- MASSAGING PLAINTIFFS SHOULDERS. See Exhibit 2 attached

19. IN AND AROUND THE MONTH OF DECEMBER 2020 PLAINTIFF INFORM DEFENDANT SINGLETON THAT DEFENDANT SMELCER IS ENGAGIN IN RACIST, DISCRIMINATORY BEHAVIOR INCLUDING TELLING PLAINTIFF "FUCK YOU" AND DESTROYING PLAINTIFF'S TOOL-BOX LOCK-KEY BASED ON PLAINTIFFS COMPLAINT OF HARASSMENT. See Exhibit 2 ATTACHED

20. AS TO PARAGRAPHS 17. 18. AND 19 DEFENDANTS HARVEY AND SINGLETON REMAINED deliberate INDIFFERENT TO DEFENDANT SMELCERS HARASSMENT OF PLAINTIFF ALTHOUGH THEY BOTH ACKNOWLEDGED DEFENDANT HAD NO PENOLOGICAL JUSTIFICATION for IMPROPERLY TOUCHING PLAINTIFF. THE DEFENDANTS failed TO TAKE ANY ACTION AND forced PLAINTIFF TO WORK AROUND DEFENDANT SMELCER.

21. SINCE PLAINTIFF HAS BEEN WORKING IN THE V.C.E S-3 SHOP DEFENDANT SMELCER HAS REPEATEDLY TOLD PLAINTIFF "FUCK-YOU." SHUT UP AND HAS REPEATEDLY THREATENED TO FIRE OR TERMINATE PLAINTIFF, AND RETALIATION.

22. AS TO PARAGRAPH 21. DEFENDANT SINGLETON WAS MADE AWARE OF THESE INCIDENCES BY PLAINTIFF AND TOOK ABSOLUTELY NO ACTION.

23. ON DECEMBER 23. 2020 PLAINTIFF INFORM DEFENDANT SINGLETON THAT HE WANT TO BE RELIEVED FROM HIS JOB BECAUSE DEFENDANT SMELCER KEEPS APPROACHING PLAINTIFF FROM THE REAR AND FROM THE SIDE AND PUT HIS HANDS ON PLAINTIFFS SHOULDERS MASSAGING PLAINTIFF AND ON OTHER OCCASSIONS APPROACH PLAINTIFF FROM REAR AND WITHOUT PLAINTIFF KNOWLEDG AND PUT HIS HANDS OVER PLAINTIFFS HEAD. (DEFENDANT SMELCER SNEAKS UP BEHIND PLAINTIFF PLACING HIS HAND DIRECTLY ABOVE PLAINTIFFS HEAD.)

24. AS TO PARAGRAPH 23. DEFENDANT SINGLETON TOOK NO ACTION TO STOP DEFENDANT SMELCER FROM HARASSING PLAINTIFF

25. ON APPROXIMATELY DECEMBER 23 2020 PLAINTIFF SENT TWO SEPARATE LETTERS ADDRESSED TO DEFENDANTS MARIE VARGO AND STEPHEN PALMESE AT V.C.E HEAD QUARTERS OF 8030 WHITE BARK TERRACE. NORTH CHESTERFIELD VIRGINIA, INFORMING DEFENDANTS VARGO AND PALMESE THAT DEFENDANT SMELCER WAS HARASSING PLAINTIFF BY APPROCHING PLAINTIFF FROM THE REAR AND SIDE AND PUTTING HIS HANDS ON PLAINTIFFS SHOULDERS, TELLING PLAINTIFF "FUCK YOU" AND RETALIATING AGAINST PLAINTIFF FOR HIS COMPLAINTS OF HARASSMENT. (SEE LETTER DATED DECEMBER 23 2020 OF OF WHICH COPY WAS SENT TO HAROLD. W. CLARKE. DIR. V.D.O.C, STEPHEN PALMESE V.C.E., STACIE A. SESSOMS OFFICE OF ATTORNEY GENERAL AND FERNANDO GALINO CLERK OF U.S. DISTRICT COURT NORFOLK) EXHIBIT# 7

26. AS TO PARAGRAH 25 DEFENDANTS FAILED TO TAKE ANY ACTION AND ALLOWED DEFENDANT SMELCER TO WORK AROUND PLAINTIFF.

27. ON OR AROUND JANUARY 30 2020 PLAINTIFF REQUESTED TO SPEAK WITH PSYCHIATRIST DR. MERCADO TO REPORT THAT HE WAS BEING BEING HARASSED BY A "STAFF MEMBER".

28 AS TO PARAGRAPH 27 DR. MERCADO ADVISED UNIT MANAGER EVANS. PLAINTIFF THEREBY INFORMED DR. MERCADO AND UNIT MANAGER EVANS THAT DEFENDANT SMELCER IN AND AROUND OCTOBER-NOVEMBER APPROACH PLAINTIFF FROM THE REAR AND PUT HIS HANDS ON PLAINTIFF SHOULDER. MASSAGING HIS SHOULDER AND IN AND AROUND DECEMBER DEFENDANT SMELCER APPROACH PLAINTIFF FROM THE SIDE AND PUT HIS HANDS ON PLAINTIFFS SHOULDER'S. - MASSAGING PLAINTIFFS SHOULDERS.

29. AS TO PARAGRAPH 27 AND 28 BOTH PSYCHIATRIST DR. MERCADO AND UNIT MANAGER EVANS IMMEDIATELY CONTACTED LEAD G.C.C. INVESTIGATOR BATTS.

30. ON JANUARY 6, 2021 PLAINTIFF SENT A LETTER AND A COPY OF HIS INFORMAL COMPLAINT TRACKING #08360 AND TWO REGULAR GRIEVANCES INT TO THE V.D.O.C CENTRAL REGION AND EASTERN REGION OMBUDSMAN SERVICES INFORMING THAT HIS GRIEVANCE WAS NOT BEING PROCESSED BY G.C.C. OMBUDSMAN. IN ADDITION ADVISING THAT HE WAS BEING SUBJECT TO HARASSMENT IN VCE-S3 SHOP BY DEFENDANT SMELCER'S IMPROPER TOUCHING HIM. SEE EXHIBITS# 1,2, 3, 4, 5, 6            ATTACHED

31. AS TO PARAGRAPH 30 DEFENDANT V.D.O.C. TOOK NO ACTION AN STILL FORCED PLAINTIFF TO WORK AROUND DEFENDANT SMELCER.

32. ON OR APPROXIMATELY FEBUARY 25, 2021, PLAINTIFF SPOKE WITH INVESTIGATORS DEFENDANTS BROWN AND DEFENDANTS MASON AN PLAINTIFF INFORMED THE DEFENDANTS THAT DEFENDANT SMELKER HAD APPROACED PLAINTIFF ON TWO SEPARATE OCCA-SIONS PUTTING THE DEFENDANTS HANDS ON PLAINTIFFS SHOULDERS from THE REAR AND from THE SIDE- MASSAGING PLAINTIFFS SHOULDERS AND ADDITIONALLY THAT THE DEFENDANT DEVELOP A PATTERN OF SNEAKING UP BEHIND PLAINTIFF FROM THE REAR AND HOLDING HIS HAND OVER PLAINTIFFS HEAD.

33. AS TO PARAGRAPH 32 BOTH DEFENDANTS BROWN AND MASON INFORM PLAINTIFF THAT PLAINTIFF CAN STAY WORKING BECAUSE DEFENDANT SMELKER WOULD BE PERMANENTLY REMOVED.

34. HOWEVER ON OR APPROXIMATELY MARCH 2. 2021 WHEN PLAINTIFF RETURNED TO WORK HE WAS ADVISED BY DEFENDANT HARVEY THAT INVESTIGATOR MASON AND BROW ALLOWED Mr. SMELKER to REMAIN WORKING AROUND PLAINTIFF

35. ON OR AROUND MARCH 4 2021 PLAINTIFF APPROACH INVESTIGATOR DEFENDANTS BROWN AND MASON ASKING WHY IS HE BEING forced TO WORK WITH DEFENDANT SMELKER

36. AS TO PARAGRAH 35 THE DEFENDANTS STATED THAT THE DEFEND-ANTS IN ADDITION TO THE V.D.O.C. SPECIAL INVESTIGATIONS UNIT AGGREE that DEFENDANT SMELKER WAS GIVING PLAINTIFF PRAISE WHEN DEFENDANT SMELKER MASSAGE PLAINTIFFS SHOULDERS AS ALLEGED, Told PLAINTIFF "FUCK YOU" AS ALLEGED AND WALKED UP BEHIND PLAINTIFF AS ALLED IN PARAGRAPHS 1 - 36 HEREIN.

37. THE V.D.O.C SPECIAL INVESTIGATIONS UNIT NEVER PERSONALLY SPOKE TO NOR CONTACTED PLAINTIFF. NOR TO date. SPOKE OR CONTACT PLAINTIFF.

38. AS TO PARAGRAPHS 1-38 PLAINTIFF WAS AT ALL TIME SUFFERING from SHOCK, ANXIETY AND LOSS OF SLEEP IN ADDITION to CONSTANT WORRY AND FEAR AND UNCERTAINTY.

39. AS TO PARAGRAPHS 1-38 PLAINTIFF FEELS UTTER INSECURITY IN HIS CONFINEMENT AT V.D.O.C. BECAUSE V.D.O.C. AND THE THE COMMONWEALTH OF VIRGINIA ENGAGE IN COVER-UP OF DOCUMENTED HARASSMENT bY STAFF HEREIN ALLEGE.

40. AS TO PARAGRAPH 1-38 PLAINTIFF SUFFER from STRESS AND PANICK ATTACK WHICH CAUSE PAIN IN HIS JAW DUE to EMOTIONAL DISTRESS, S-3 V.C.E SHOP MALE CORRECTIONAL AND SUPERVISORY STAFF to HARASS PLAINTIFF AND OTHER INMATES WORKING IN S-3 VCE SHOP WITH IMPUNITY AS EVIDENCED HEREIN.

5.

40. AS TO PARAGRAPH 1-38 PLAINTIFF AT ALL TIMES INFORMED DEFENDANT SMELCER TO STOP HARASSING THE PLAINTIFF.

41. AS TO PARAGRAPH 1-38 PLAINTIFF WAS FORCED TO QUIT WORKING IN THE VCE-S3 SHOP BY REFUSING TO WORK AND IS CURRENTLY RISKING POSSIBILITY OF AN INFRACTION FOR REFUSING TO WORK, SUSPENSION-TERMINATION AND HAS NOT BEEN ASSIGNED TO ANY INSTITUTION JOB TO date.

42. DEFENDANT SMELCER LACKED ANY PENOLOGICAL JUSTIFICATION TO ENGAGE IN IMPROPERLY TOUCHING PLAINTIFF, AND HARASSMENT.

43. ALL DEFENDANTS LACKED ANY PENOLOGICAL AND SECURITY JUSTIFICATION FOR TREATING PLAINTIFF IN THE MANNER DESCRIBED ABOVE.

44. ALL DEFENDANTS ACTED WONTONLY MALICIOUSLY AND ARBITRARILY.

## V. CAUSES OF ACTION
### COUNT I

PLAINTIFF WAS SUBJECT TO CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHT AMENDMENT TO THE CONSTITUTION.

45. PLAINTIFF INCORPORATES PARAGRAPH 1-44 AS THOUGH FULLY STATED HEREIN.

46. DEFENDANTS JHON DOE 07 THE V.D.O.C SPECIAL INVESTIGATION UNIT (SIU), BROWN, MASON, HARVEY, SINGLETON, VARGO, PALMESE, VIOLATED PLAINTIFFS EIGHT AMENDMENT RIGHT TO BE free from CRUEL AND UNUSUAL PUNISHMENT BY BEING DELIBERATE INDIFFERENT TO SERIOUS RISK OF PSYCHOLOGICAL HARM BY ALLOWING DEFENDANT SMELCER ACCESS TO PLAINTIFF AFTER PLAINTIFFS COMPLAINTS OF HARASSMENT AGAINST DEFENDANT SMELCER.

47. DEFENDANT WILLIAM SMELCER VIOLATED PLAINTIFFS EIGHT AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY REPEATEDLY HARASSING PLAINTIFF THROUGH UNWANTED TOUCHING PUTTING HIS HANDS ON PLAINTIFFS SHOULDERS MASSAGING from the back AND side OF PLAINTIFF, THREATENING, AND INTIMIDATINLY.

### COUNT II

48. PLAINTIFF INCORPORATE PARAGRAPH 1-44 AS THOUGH FULLY STATED HEREIN.

PLAINTIFF WAS SUBJECT TO GROSS NEGLEGENCE UNDER VIRGINIA

### COMMON LAW

49. DEFENDANTS COMMONWEALTH OF VIRGINIA, V.D.O.C, V.D.O.C SIU JOHN DOES, SINGLETON, HARVEY, BROWN, MASON VARGO AND PALMESE ALL ACTED WITH GROSS NEGLEGENCE UNDER Va. COMMON LAW by FAILING TO TAKE ACTION AGAINST DEFENDANT SMELCER AFTER RECEIVING PLAINTIFFS COMPLAINTS OF REPEATED HARASSMENT (IMPROPER TOUCHING) from SMELCER.

48. DEFENDANT SMELCER ACTED WITH GROSS NEGLEGENCE UNDER Va. COMMON LAW by ENGAGING IN IMPROPER TOUCHING—MASSAGING PLAINTIFFS SHOULDERS.

6.

## COUNT III
### PLAINTIFF WAS SUBJECT TO INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS UNDER VIRGINIA COMMON LAW

49. PLAINTIFF INCORPORATES PARAGRAPHS 1-44 AS FULLY STATED HEREIN.

50. DEFENDANTS Commonwealth of VIRGINIA, V.D.O.C, V.D.O.C SIU, V.C.E, SINGLETON, HARVEY, BROWN, MASON, VARGO, PALMESE SUBJECT PLAINTIFF TO INTENTIONAL INFLICTION of EMOTIONAL DISTRESS by Allowing William Smelcer TO HAVE CONTACT with Plaintiff (~~sexual sexual~~) AND CONTINUE TO Allow A PATTERN of HARASSMENT of Plaintiff IN S-3 VCE SHOP AFTER BEING NOTIFIED TAKING NO ACTION.

51. DEFENDANT Smelcer SUBJECT PLAINTIFF TO I.I.E.D. by HARASSING PLAINTIFF walking up behind and from side PUTTING Hands ON PLAINTIFF MASSAGING Plaintiff Shoulders, PUTTING HANDS OVER Plaintiffs Head AND Telling Plaintiff "FUCK YOU", ~~DISRE~~: Retaliation, Discrimination, Harassment.

### COUNT IV STATE LAW
### PLAINTIFF RIGHT TO BE SAFTEY AND SECURITY ~~WAS~~ UNDER VA. CONST ARTICLE 1 § 1 WAS VIOLATED

52. PLAINTIFF INCORPORATES PARAGRAPHS 1-44 AS FULLY STATED HEREIN.

53. DEFENDANTS, Commonwealth of VIRGINIA, V.D.O.C., V.D.O.C SIU, V.C.E., SINGLETON, HARVEY, MASON, BROWN, VARGO, PALMESE AND Smelcer Violated PLAINTIFFS RIGHT UNDER Va. CONST. ARTICLE 1 § 1 BY failing TO Keep PLAINTIFF SAFE AND SECURE from REPETED HARASSMENT.

### COUNT V
### PLAINTIFF WAS SUBJECT TO VIOLATION of HIS FOURTEENTH AMENDMENT RIGHT TO EQUAL PROTECTION UNDER U.S. CONST.

54. PLAINTIFF INCORPORATES PARAGRAPH 1-44 AS THOUGH FULLY STATED HEREIN.

55. DEFENDANTS Com. of Va., V.D.O.C., S.I.U., V.C.E., SINGLETON, HARVEY, Brown, MASON, VARGO, AND PALMESE, Violate PLAINTIFFS RIGHT TO EQUAL PROTECTION by failing TO Protect Plaintiff from HARASSMENT from while THE DEFENDANTS PROTECT OTHER INMATES AND STAFF from HARASSMENT- SEXUAL HARASSMENT- ASSAULT-Abuse by other STAFF. ~~AND~~ DEFENDANTS ENGAGE in COVER-UP CAMPAIGN, in violation of Policy AND LAWS.

### COUNT VI § 1985 (2) obstruction of JUSTICE

56. PLAINTIFF INCORPORATES PARAGRAPH 1-44 AS THOUGH FULLY STATED HEREIN

57. DEFENDANTS Commonwealth of Va. V.D.O.C., SIU., V.C.E. SINGLETON, HARVEY, Brown, MASON, VARGO, PALMESE CONSPIRED to obstruct DUE COURSE of JUSTICE IN Violation of §1983(2) by PROTECTING DEFENDANT Smelcer Although institution Policy AND CLEARLY Established Law Prohibit ~~from~~ Smelcer From HARASSING AND ASSAULTING PLAINTIFF by MASSAGING PLAINTIFFS SHOULDERS - PUTTING HAND on PLAINTIFF. - DEFENDANTS ADDITIONALLY HINDERED AND impeaded DUE COURSE of JUSTICE by failing TO CONDUCT ADEQUATE ADEQUATE INVESTIGATION TO PLAINTIFF HARASSMENT Allegation on Smelcer.

7.

VI PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT:

A. DECLARE THAT THE ACTS AND OMISSIONS described VIOLATED PLAINTIFF'S RIGHTS UNDER THE U.S. CONST., VIRGINIA CONST., VIRGINIA COMMON LAW.

B. ORDER DEFENDANTS TO PAY AN Additional $1,000,000.00 IN PUNITIVE DAMAGES, AND COMPENSATORY AND PUNITIVE DAMAGES AS COURT DEEMS.

C. GRANT OTHER JUST AND EQUITABLE Relief THAT THIS Honorable COURT deems NECESSARY IN-CLUDING but NOT Limited to COMPENSATING PLAINTIFF for MONETARILY for PAY LOST AS A result OF PLAINTIFF RESORTING TO QUITTING AND REFUSING TO WORK AS A Result OF HARASSMENT AND PSYCHOLOGICAL Abuse AND EMOTIONAL DISTRESS.

RESPECTFULLY submitted    MARCH   31   2021
MR. Frankie M. Miller

MR. FRANKIE M. MILLER JR # 1070339
GREENSVILLE CORRECTIONAL CENTER
901 CORRECTIONAL WAY
JARRATT, VIRGINIA, 23870

PURSUANT TO 28 U.S.C. §1746. I DECLARE AND VERIFY UNDER PENALTY OF PERJURY UNDER THE laws OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON MARCH 31 2021

MR. Frankie M. Miller Jr-El
MR. FRANKIE M. MILLER JR-EL

CERTificate OF SERVICE

I FRANKIE Miller HEREBY Certify THAT ON MARCH 31 2021 A TRUE AND CORRECT COPY OF THIS SUPPLEMENTARY COMPLAINT WAS Placed IN INSTITUTION mail ADDRESSED to STACIE A SESSOMS AT OFFICE OF ATTORNEY GENERAL AT 202 NORTH 9TH STREET Richmond VIRGINIA AT 23219.

MR Frankie M. Miller Jr-El

8.

MR. FRANKIE M. MILLER JR. # 1070339
GREENSVILLE CORRECTIONAL CENTER
901 CORRECTIONS WAY
JARRATT, VIRGINIA. 23870
JANUARY 6, 2020



TO: VIRGINIA DEPARTMENT of CORRECTIONS.

Ombudsman SERVICES UNIT
P.O. BOX 26963
RICHMOND. VIRGINIA 23261

TO: Com of Va. D.O.C
EASTERN REGIONAL OFFICE,
14545 010 Belfield Road
CAPPON. VIRGINIA. 23829

Re: GREENSVILLE CORRECTIONAL CENTER GRIEVANCE CORDINATOR'S -
MS. K. PHillips & MS. S. TAPP REfusal To file And Process
THE ENClosed Off "Timely filed "GRIEVANCES:

To whom This May CONCERN;

Please find ENClosed Two Copies. of Timely filed GRIEVANCES
And Form INformal Complaint form Tracking # 08360
Concerning a P.R.E.A. And Misconduct Related issues
I ask you To file with V.D.O.C. CORIS AS is Procedure.

THE institutional GRIEVANCE CORDINATOR MS. K. PHillips
And MS. S. Tapp HAS obviously Refused to file my
initial GRIEVANCE dated 12-23-20. iN violation of Their
obligations To investigate The issue of misconduct, Racial Discri-
mination, improper Touching And HARASMENT I am being A
victim of by G.R.C.C. S-3 V.C.E SHop Supervisor MS. William

C.C. Smelcek.
Ombudsman Services UNIT.(V.D.O.C)
EASTERN REGIONAL OFFICE
ATTORNEY GENERAL OFFICE (STACIE SESSOMS)
UNITED STATES DISTRICT COURT

Thank you Kindly
Mr. Frankie M. MILLER JR.



VIRGINIA
DEPARTMENT OF CORRECTIONS

*Exhibit Attachment # 2*

Informal Complaint 866_F3_4-17

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

An Informal Complaint is not required for an alleged incident of sexual abuse.

| | | |
|---|---|---|
| MR. FRANKIE M. MILLER | 1870339 | 7-H02 |
| Offender Name | Offender Number | Housing Assignment |
| MS. SAMANTHA SINGLETON & MR. WILLIAM Smelcer | | 12-123-20 VCE S-3 SHOP |
| Individuals Involved in Incident | | Date/ Time of Incident |

[X] Unit Manager/Supervisor MS.EVANS   [ ] Food Service   [ ] Institutional Program Manager
[ ] Personal Property   [ ] Commissary   [ ] Mailroom
[ ] Medical Administrator   [ ] Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

MS. SAMANTHA SINGLETON S-3 VCE SHOP MANAGER HAS been Allowing MR. William Smelcer to RACIALLY Profile, RACIALLY discriminate And HARASS me in the S-3 VCE SHOP with impunity And IN HER PRESENCE. MR. Smelcer Has Repetedly Put His HANDS on me, Told me "Fuck you" And He Knowingly And intentionally destroyed the key-lock of the Tool box which I Am Assigned. MS. SAMANTHA Has detailed And Completete Knowledge of these instances but SHE ACQUIESCES.

Offender Signature _Frankie M. Miller_ Date _12-23-20_

### Offenders - Do Not Write Below This Line

Date Received: 12/29/2020    **RECEIVED**    Tracking # 063100
Response Due: 1/13/2021    JAN 2 2 2021    Assigned to: VCE Singleton
Action Taken/Response:    **OMBUDSMAN SERVICES UNIT**

At no time have I ever witnessed Mr. Smelcer racially profile, racially discriminate, harass or curse you. I was never made aware of a key lock being destroyed on a tool box by anyone in this plant. Stating that I have detailed and complete Knowledge of these instances is inaccurate. In one instance, I did witness Mr. Smelcer pat you on the shoulder and I immediately addressed it by telling him that he cannot touch anyone but can express Praise verbally.

Respondent Signature _S. Singleton_ Printed Name and Title _J. Singleton - VCE Plant Mgr._ Date _1/5/2021_

### WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____ Date: _____

Staff Witness Signature: _____ Date: _____

Revision Date: 4/28/17

VIRGINIA
DEPARTMENT OF CORRECTIONS

*ExHibit #3*

**Regular Grievance** 866_F1_4-17

RECEIVED

JAN 15 2021

Ombudsman Unit
Eastern Region

# REGULAR GRIEVANCE

Log Number: _____

| MiLLER FRANKiE M. JR. | 1070339 | 7 | 402 |
|---|---|---|---|
| Last Name, First | Number | Building | Cell/Bed Number |

MR. William Smelcer & Ms. Samandl Singleton / ~~December 23-2020~~ December 23-2020

| Individuals Involved in Incident | Date/ Time of Incident |
|---|---|

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) ON December 23, 2020 I AHempted to Resolve This issue formally with S-3 SHop manager Ms. Samantha Singleton And william Smelcer without Success (formally). THE ISSUE IS I WORK IN THE S-3 VCE SHop. Ms. Samantha Singleton is The Manager. Mr. William Smelcer is A SHop Supervisor civillian.

Mr. William Smelcer Has on the Above Referenced dates Approached me from the Rear And my side And Put His HAnds on my Shoulders. Mr. Smelcer Has Also on Two occassions Told me "Fuck You" And sometime within the month y december He destroyed The key lock To my Assigned Tool Box. Ms Singleton Has Alowed His Racial discrimintory behavior although His behaviur violate operationPolicies on P.R.E.A. And Misconduct

What action do you want taken? I WANT To be PRotected from MR. William Smelcer And I WANT To HAVE Him ARested For impRoper And inAPPRopriately Touching me on my SHoulder because He Repeatedly HARASSES me.

| Grievant's Signature: Frankie Miller Jr. | Date: 1-6-2021 JANUARY 6, 2021 |
|---|---|

Warden/Superintendent's Office: _____

Date Received: _____

Revision Date: 4/28/17

**RECEIVED**

JAN 15 2021
**Ombudsman Unit**
**Eastern Region**

## REGULAR GRIEVANCE

Exhibit # 4

Log Number: _____

| MILLER, FRANKIE M. JR | 1070339 | 7 | 402 |
|---|---|---|---|
| Last Name, First | Number | Building | Cell/Bed Number |

MR. William Smelcier S-3 VCE Shop

Individuals Involved in Incident

APPROXimately month week of (December) 18-10-20 And (November) 11-10-20

Date/ Time of Incident

MR. William Smelcier

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) I would like to FILE A P.R.E.A. Issue Complaint upon Mr. William Smelcier who is A Supervisor in the S-3 V.C.E shop, for in-appropriate Dat Antt As Touching. Violation of O.P. 838.3 And 135.1 and 2 On or Around the Above Referenced days MR. William Smelcier Approached me Either from the Back and the side And Put His Hands on My shoulders, While I was working in the VCE S-3 Shop On Both of these occassion Shop manager Ms. Samantha Singleton was Present And ONE occassion Correctional officer U. Harvey was Present, Along with Ms. Singleton.

What action do you want taken? On Both of these occassions Both Shop manager Ms. Singleton And Correctional Harvey Advised me that Mr. Smelcier is Not supposed to Put His Hands on inmates and they told Him To Stop putting Hands on me. The Problem is that You-All does Not Take our Complaints serious. So you Take whatever Action To cover up. STOP

Grievant's Signature: Mr. Frankie M. Miller Jr.                Date: 12-23-20

Warden/Superintendent's Office: _____

Date Received: _____

1 of 2

*Revision Date: 4/28/17*



# COMMONWEALTH of VIRGINIA

HAROLD W. CLARKE
DIRECTOR

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

## Ombudsman Services Unit

January 22, 2021

#1070339 Frankie Miller
Greensville Correctional Center
901 Corrections Way
Jarratt, VA  23870-0614

#1070339 Frankie Miller,

I am in receipt of your correspondence.  Your document is forwarded to the PREA/ADA Supervisor Tammy Barbetto at Virginia Department of Corrections P.O. Box 26963 Richmond, Virginia  23261-6963, for further evaluation and proper handling.

Please understand the Grievance Procedure is a structure process and issues are reviewed at appropriate levels.  With these structure levels, you are advised to adhere to the policy and not to circumvent the process.  If you are not satisfied with the response given, please seek guidance from the unit manager/counselor/institutional ombudsman at your housed institution.

Your original copies are being returned to you.

I encourage you to follow the guidelines set forth in Operating Procedure 866.1 to address your concerns.

Sincerely,

T. Harvey, Manager
Ombudsman Services Unit

cc: file

*Exhibit Attachment #5*



# COMMONWEALTH OF VIRGINIA

## Department of Corrections

George Hinkle
Regional Operations Chief

*Division of Operations*
*Eastern Region*

14545 Old Belfield Road
Capron, VA 23829
(434) 658-4368

January 20, 2021

F. Miller, Jr. #1070339
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870

Dear F. Miller:

Your unprocessed regular PREA grievance and correspondence has been received in the Regional Office on January 15, 2021. I will forward this to the facility for them to address as Level I grievances are not processed at the regional level. This is also being sent to Regional PREA Analyst Brian Schuyler.

If you have any questions, please contact your facility's grievance office.

Sincerely,

D. Lewis, Regional Ombudsman
Eastern Regional Office

/dal

cc:  PREA Compliance Manager
     Grievance Office

*Exhibit Attachment # 6*

SCAN

Mr. FRANKIE M. MILLER JR.# 1070339
GREENSVILLE CORRECTIONAL CENTER
901 CORRECTIONS WAY
JARRATT, VIRGINIA. 23870
MARCH 31 2021

FERNANDO GALINDO, Clerk.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
600 GRANBY STREET
NORFOLK VA. 23510

Re: FRANKIE MILLER V. T. JARRELL Civil ACTION 2:18cv91

DEAR CLEARK;
Please find ENCLOSED (2) Two ORIGINAL COPIES
OF ONE (1) MOTION To file SUPPLEMENTARY complaint
ONE (1) SUPPLEMENTARY COMPLAINT &
ONE COPY EACH OF EXHibits # 1-6
Please file these documents iN THE Above
Reference Civil ACTION AS SOON AS Possible.
IN this MATTER I AM CONTINUING TO Asks for
THIS COURTS iNTERPosition iN THE Above REference ACTION
AS PERTAiN To CONTiNUED HARASSMENT-Abuse OF iNMATES
including my self bY CORRECTIONS OfficiALs of THE VirGiNiA
DEPARTMENT of CORRECTIONS AND Their SubSEQUENT
COVER-UPS DONE iN ArbitrarY And CAPricious MANNER
These Arbitray ACTIONS Result iN CUmuLATIVE EFfects of
feeliNGs of iNFERIORITY, iNSECURiTY, Low-self esteem coHich
VioLATES EvolviNG STANDAards of DECENCY iN SOCietY "EvEN if"
PERPETUATED AGAiNST SOCiAL PARiAHS. THANKYOUKiNDLY    Mr. FrankiE MiLLER-EL

Mr. Frankie M. Miller Jr. # 1070339
Greensville Correctional Center HU-7-402
901 Corrections Way
Jarratt, Va. 23870

RICHMOND VA

5 APR 2021

Clerk's Office
United States District Court
Eastern District of Virginia
600 Granby Street
Norfolk, Virginia. 23510

U.S. MARSHALS INSPECTED

23510-190199



THE VIRGINIA DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED NOR INSPECTED THIS ITEM. THEREFORE THE DEPARTMENT OF CORRECTIONS ASSUMES RESPONSIBILITY FOR ITS CONTENT.
GCC 5-3